UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TREY SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case #1:16–cv–572 (CMH/MSN) |
| | ) |
| CLAIBORNE RICHARDSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF DISMISSAL BY CONSENT

The parties having resolved their differences giving rise to this lawsuit, by consent of the parties plaintiff Trey Sims dismisses the lawsuit with prejudice, each side to bear its own costs.

> Respectfully submitted,
>
> TREY SIMS,
>
> By counsel

Dated:   May 23, 2018

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Maxwelle C. Sokol, #89589
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
**SimsTrey\Pleadings\NDismissal**

<u>Certificate of Service</u>

     I, Victor M. Glasberg, hereby certify that on this 23rd day of May, 2018, I electronically filed the foregoing Notice of Dismissal by Consent with the clerk of the court.

                        //s// Victor M. Glasberg
                        Victor M. Glasberg, #16184
                        Victor M. Glasberg & Associates
                        121 S. Columbus Street
                        Alexandria, VA  22314
                        (703) 684-1100 / Fax: 703-684-1104
                        vmg@robinhoodesq.com

                        Counsel for Plaintiff